NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1389

### TRUEPOSITION INC.,

Plaintiff-Appellee,

v.

### ANDREW CORPORATION,

Defendant-Appellant.

Appeal from the United States District Court for the District of Delaware in case no. 05-CV-747, Judge Sue L. Robinson.

ON MOTION

Before RADER, Circuit Judge.

ORDER

The court treats TruePosition Inc.'s opposition to Andrew Corporation's motion for a 14-day extension of time to file its reply brief as a motion for reconsideration of the court's order granting the extension request.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

NOV 0 2 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Constantine L. Trela, Jr., Esq.
     Paul B. Milcetic, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 2 2009

JAN HORBALY
CLERK